IRELL & MANELLA LLP
Craig Varnen (170263) (cvarnen@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Mitchell A. Lowenthal (*pro hac vice*) (mlowenthal@cgsh.com)
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for Defendants POWER-ONE, INC. and VERDI ACQUISITION CORPORATION*

O'MELVENY & MYERS LLP
Seth Aronson (100153) (aronson@omm.com)
Matthew W. Close (188570) (mclose@omm.com)
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: 213-430-6000
Facsimile: 213-430-6407

*Attorneys for Defendants RICHARD J. THOMPSON, JON GACEK, KAMBIZ HOOSHMAND, HARTMUT LIEBEL, MARK MELLIAR-SMITH, KYLE RYLAND, AJAY SHAH, RICHARD M. SWANSON, and JAY WALTERS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNJAL MEHTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWER-ONE, INC., RICHARD J. THOMPSON, JON GACEK, KAMBIZ HOOSHMAND, HARTMUT LIEBEL, MARK MELLIAR-SMITH, KYLE RYLAND, AJAY SHAH, RICHARD M. SWANSON, JAY WALTERS, and VERDI ACQUISITION CORPORATION,<br><br>Defendants. | Case No. 13-cv-04631-GW (CWx)<br><br>**ORDER ON STIPULATION REGARDING LIMITED DEFERRAL OF BRIEFING AND JUDICIAL CONSIDERATION OF INDIVIDUAL DEFENDANTS' CHALLENGE TO PERSONAL JURISDICTION AND PLAINTIFF'S REQUEST FOR JURISDICTIONAL DISCOVERY**<br><br>Ctrm:   10<br>Judge:  Hon. George H. Wu |

ORDER ON STIPULATION REGARDING LIMITED
DEFERRAL OF BRIEFING & JUDICIAL
CONSIDERATION OF PERSONAL JURISDICTION AND
JURISDICTIONAL DISCOVERY

3003302

Having considered the parties' Stipulation Regarding Limited Deferral of Briefing and Judicial Consideration of Individual Defendants' Challenge to Personal Jurisdiction and Plaintiff's Request for Jurisdictional Discovery, the Court hereby rules as follows:

1. Defendants John Gacek, Hartmut Liebel, Mark Melliar-Smith, Ajay Shah, and Jay Walters (collectively, the "Non-Resident Directors") will defer pursuit of their motion to dismiss plaintiff's First Amended Complaint in the above-captioned matter for lack of personal jurisdiction under Rule 12(b)(2) (the "Personal Jurisdiction Ground for Dismissal") pending the Court's adjudication of the motions to dismiss for *forum non conveniens* and failure to state a claim under Rule 12(b)(6) filed by all defendants, without prejudice to the Non-Resident Directors' right to have the Court subsequently resolve their Personal Jurisdiction Ground for Dismissal if necessary and in accordance with the other terms of this Order.

2. Plaintiff need not respond to the Non-Resident Directors' Personal Jurisdiction Ground for Dismissal before the June 2, 2014 hearing on the motions to dismiss for *forum non conveniens* and failure to state a claim under Rule 12(b)(6) filed by all defendants on March 3, 2014.

3. The Court will not consider the merits of, for the purpose of ruling on, the Non-Resident Directors' Personal Jurisdiction Ground for Dismissal in connection with the pending motions to dismiss at the June 2, 2014 hearing, but will hear argument at that time on all other grounds for dismissal contained in the defendants' motions to dismiss filed on March 3, 2014, consisting of the *forum non conveniens* and failure to state a claim under Rule 12(b)(6) grounds asserted in the motions to dismiss.

4. The parties will meet and confer within fourteen (14) days of the Court's ruling on the motions to dismiss for *forum non conveniens* and failure to state a claim under Rule 12(b)(6) in order to agree on and propose a schedule for resolving the Non-Resident Directors' Personal Jurisdiction Ground for Dismissal as

well as Plaintiff's request for judicial discovery, to the extent not mooted by the Court's ruling on the other grounds urged by the defendants for dismissal.

5. Except as set forth herein, the briefing schedule and hearing date for the motions to dismiss filed by the defendants, remains in force.

IT IS SO ORDERED.

Dated: March 31, 2014  _____
The Honorable George H. Wu
United States District Court

3003302 — - 2 -

ORDER ON STIPULATION REGARDING LIMITED DEFERRAL OF BRIEFING & JUDICIAL CONSIDERATION OF PERSONAL JURISDICTION AND JURISDICTIONAL DISCOVERY