IRELL & MANELLA LLP
Craig Varnen (170263) (cvarnen@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Mitchell A. Lowenthal (pro hac vice) (mlowenthal@cgsh.com)
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for Defendants POWER-ONE, INC. and VERDI ACQUISITION CORPORATION*

O'MELVENY & MYERS LLP
Matthew W. Close (188570) (mclose@omm.com)
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: 213-430-6000
Facsimile: 213-430-6407

*Attorneys for Defendants RICHARD J. THOMPSON, JON GACEK, KAMBIZ HOOSHMAND, HARTMUT LIEBEL, MARK MELLIAR-SMITH, KYLE RYLAND, AJAY SHAH, RICHARD M. SWANSON, and JAY WALTERS*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNJAL MEHTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POWER-ONE, INC., et al.<br><br>Defendants. | Case No. 13-cv-04631-GW (CWx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT**<br><br>Ctrm: 10<br>Judge: Hon. George H. Wu |

Defendants Power-One, Inc., Verdi Acquisition Corporation, Richard J. Thompson, Jon Gacek, Kambiz Hooshmand, Hartmut Liebel, Mark Melliar-Smith, Kyle Ryland, Ajay Shah, Richard M. Swanson, and Jay Walters respectfully submit a Proposed Judgment in the form attached to this notice as Exhibit A.

Dated: May 19, 2014

IRELL & MANELLA LLP
Craig Varnen

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Mitchell A. Lowenthal
(admitted *pro hac vice*)

By: /s/ Craig Varnen
Craig Varnen

*Attorneys for Defendants Power-One, Inc. and Verdi Acquisition Corporation*

Dated: May 19, 2014

O'MELVENY & MYERS LLP
Seth Aronson
Matthew W. Close

By: /s/ Matthew W. Close
Matthew W. Close

*Attorneys for Defendants Richard J. Thompson, John Gacek, Kambiz Hooshmand, Hartmut Liebel, Mark Melliar-Smith, Kyle Ryland, Ajay Shah, Richard M. Swanson, and Jay Walters*