1  IRELL & MANELLA LLP
   Craig Varnen (170263) (cvarnen@irell.com)
2  1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067
   Telephone: (310) 277-1010
4  Facsimile: (310) 203-7199

5  CLEARY GOTTLIEB STEEN & HAMILTON LLP
   Mitchell A. Lowenthal (pro hac vice) (mlowenthal@cgsh.com)
6  One Liberty Plaza
7  New York, New York  10006
   Telephone: 212-225-2000
8  Facsimile: 212-225-3999

9  *Attorneys for Defendants POWER-ONE, INC.*
   *and VERDI ACQUISITION CORPORATION*
10

11 O'MELVENY & MYERS LLP
   Matthew W. Close (188570) (mclose@omm.com)
12 400 South Hope Street
   Los Angeles, California 90071-2899
13 Telephone: 213-430-6000
   Facsimile: 213-430-6407
14

15 *Attorneys for Defendants RICHARD J. THOMPSON, JON GACEK, KAMBIZ*
   *HOOSHMAND, HARTMUT LIEBEL, MARK MELLIAR-SMITH, KYLE RYLAND,*
16 *AJAY SHAH, RICHARD M. SWANSON, and JAY WALTERS*

17              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
18

19
   MUNJAL MEHTA, individually and on ) Case No. CV 13-04631-GW(CWx)
20 behalf of all others similarly situated, )
                                           ) CLASS ACTION
21                                         )
                                           ) **FINAL JUDGMENT [FRCP 58(a),**
22           Plaintiff,                    ) **(d)]**
                                           )
23      vs.                                )
                                           ) Ctrm:  10
24 POWER-ONE, INC., et al.                 ) Judge: Hon. George H. Wu
                                           )
25           Defendants.                   )
                                           )
26 ─────────────────────────────────

27

28

                                    [PROPOSED] FINAL JUDGMENT
                                    8:12-CV-01882-AG-JPR

1  Having granted the Joint Motion to Dismiss First Amended Complaint filed
2  by Defendants Power-One, Inc., Verdi Acquisition Corporation, Richard J.
3  Thompson, Jon Gacek, Kambiz Hooshmand, Hartmut Liebel, Mark Melliar-Smith,
4  Kyle Ryland, Ajay Shah, Richard M. Swanson, and Jay Walters for the reasons set
5  forth in the Court's Minute Order re Defendants' Joint Motion to Dismiss First
6  Amended Complaint (Docket No. 55), the Court now enters Final Judgment
7  pursuant to Rule 58, Fed. R. Civ. P.

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment of dismissal is entered in favor of all Defendants.

    IT IS SO ORDERED.

Dated: June 19, 2014

_____
Honorable George H. Wu
United States District Judge